**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Big River Contractors LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 0 7 3 9 9 1 6 |

**4. Debtor's address**

**Principal place of business**

**627 FM 468**
Number        Street

**Cotulla, TX 78014**
City                              State      ZIP Code

**La Salle**
County

**Mailing address, if different from principal place of business**

Number        Street

City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State      ZIP Code

**5. Debtor's website (URL)**    **https://bigrivercontractors.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor  **Big River Contractors LLC**    Case number *(if known)* _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2  1  3  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❏ No

☑ Yes.  District **Western District of Texas**  When **4/4/2024**  Case number **24-50611**
                                MM / DD / YYYY

        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❏ Yes.  Debtor _____  Relationship _____

      District _____  When _____
                                   MM / DD / YYYY

      Case number, if known _____

Debtor      **Big River Contractors LLC**                                           Case number *(if known)*
                    Name

---

| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
                                                Number          Street

_____

_____
City                                                     State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

            Contact name _____

            Phone _____

---

## Statistical and administrative information

| **13. Debtor's estimation of available funds?** | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☐ 1-49   ☑ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000        ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999      ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                  ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000            ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000           ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million         ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

Debtor  **Big River Contractors LLC**  Case number *(if known)*
_____
Name

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/10/2024**
_____
MM/  DD/  YYYY

**X  /s/ Jeffery Green**                                  **Jeffery Green**
_____
Signature of authorized representative of debtor        Printed name

Title                 **President**
_____

**18. Signature of attorney**

**X          /s/ Robert C Lane**          Date  **10/10/2024**
_____
Signature of attorney for debtor                    MM/  DD/  YYYY

**Robert C Lane**
_____
Printed name

**The Lane Law Firm**
_____
Firm name

**6200 Savoy Dr Ste 1150**
_____
Number        Street

**Houston**                    **TX**        **77036-3369**
_____
City                        State        ZIP Code

**(713) 595-8200**                **notifications@lanelaw.com**
_____
Contact phone                    Email address

**24046263**                    **TX**
_____
Bar number                    State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                                      **$940,619.44**

   b. Total debts (including debts listed in 2.c., below)                              **$1,838,548.18**

   c. Debt securities held by more than 500 holders

                                                                      Approximate number of holders:

   secured ☐ unsecured ☐ subordinated ☐ _____   _____

   secured ☐ unsecured ☐ subordinated ☐ _____   _____

   secured ☐ unsecured ☐ subordinated ☐ _____   _____

   secured ☐ unsecured ☐ subordinated ☐ _____   _____

   secured ☐ unsecured ☐ subordinated ☐ _____   _____

   d. Number of shares of preferred stock                                  _____

   e. Number of shares common stock                                       _____

   Comments, if any: _____
   _____
   _____

3. Brief description of debtor's business _____ Oil Field Maintenance and Repair _____
   _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   _____
   _____
   _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Big River Contractors LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>Western District of Texas</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  **Voluntary Petition** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/10/2024** _____
             MM/  DD/  YYYY

X **/s/ Jeffery Green** _____
Signature of individual signing on behalf of debtor

**Jeffery Green** _____
Printed name

**President** _____
Position or relationship to debtor

Official Form B202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Big River Contractors LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Western District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Alliance Bank Central Texas<br>PO Box 7554<br>Waco, TX 76714 | | UCC Lien on all accounts and certain equipment | | | | $332,650.00 |
| 2 M.W Rentals and Services, Inc<br>4002 US Hwy 59 NOrth<br>Victoria, TX 77905 | | Rental Services | | | | $223,655.26 |
| 3 JCB Finance<br>655 Business Center Dr<br>Horsham, PA 19044 | | Purchase Money Security | | | | $86,728.47 |
| 4 John Deere Financial<br>Po Box 6600<br>Johnston, IA 50131-6600 | | Purchase Money | | $171,984.79 | $90,000.00 | $81,984.79 |
| 5 John Deere Financial<br>Po Box 6600<br>Johnston, IA 50131-6600 | | Purchase Money Security | | $173,960.69 | $95,000.00 | $78,960.69 |
| 6 Amarillo National Bank<br>Po Box 1<br>Amarillo, TX 79105-0004 | | | | | | $74,112.00 |
| 7 Texas Comptroller of Public Accountants<br>PO Box BOX 12548<br>Austin, TX 78711 | | Sales Tax | | | | $56,058.85 |
| 8 OSC Energy<br>952 FM 99<br>Whitsett, TX 78075-3001 | | Rental Services | | | | $47,307.44 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 1

Debtor  **Big River Contractors LLC**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  DCC Solutions Inc. c/o Cheryl Clewett 31811 Dunham Lake Dr. Hockley, TX 77447 | | Vendor | | | | $41,497.55 |
| 10  TD Auto Finance PO Box 675 Wilmington, OH 45177-0675 | | Auto Loan | | $93,309.11 | $55,000.00 | $38,309.11 |
| 11  Triple H Field Services PO Box 260608 Corpus Christi, TX 78426 | | Vendor | | | | $33,120.00 |
| 12  Quik Pipe 1825 Upland Dr Houston, TX 77043 | | Vendor | | | | $25,076.00 |
| 13  Profield Services PO Box 525 Hallettsville, TX 77964 | | Vendor | | | | $21,994.30 |
| 14  Hawkins Lease Service Inc. 3205 FM 2403 Alvin, TX 77511 | | Services | | | | $20,438.88 |
| 15  Alcom Sandblasting PO Box 2669 Odessa, TX 79760 | | Services | | | | $20,349.93 |
| 16  Patillo, Brown, & Hill LLP PO Box 20725 Waco, TX 76702 | | Vendor | | | | $18,998.95 |
| 17  ASCO 1200 Cotton Flat Rd Midland, TX 79701 | | Vendor | | | | $18,463.25 |
| 18  Moffitt Services ALLIANZ TRADE 100 INTERNATIONAL DR. Baltimore, MD 21202 | | Vendor | | | | $17,907.84 |
| 19  Fleetcor/Fuelman PO Box 924138 Norcross, GA 30010 | | Credit Card | | | | $16,582.73 |
| 20  Chris Crain Hyundai & Motorsports Authority Charley Swann PO Box 3585 Little Rock, AR 72203 | | Vendor | | | | $15,440.07 |